# EXHIBIT 1 TO
# NOTICE OF REMOVAL

State Court Documents Served on the Plan

 CT Corporation

**Service of Process Transmittal**
04/03/2014
CT Log Number 524701521

TO: Kim Lundy Service of Process, Legal Support Supervisor
Wal-Mart Stores, Inc.
702 SW 8th Street, MS 0215
Bentonville, AR 72716-0215

RE: **Process Served in Delaware**

FOR: Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Future Care Consultants, L.L.C., etc., Pltf. vs. Aetna Life Insurance Company and Wal-Mart Stores, Inc., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summonses, Information Statement(s), Amended Complaint(s), Certification(s), Exhibit(s) |
| **COURT/AGENCY:** | Camden County Superior Court - Law Division, NJ Case # CAML00293513 |
| **NATURE OF ACTION:** | Summons and Complaint - Defendant failed and refused to pay plaintiff's bill for the necessary medical services rendered |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/03/2014 at 15:00 |
| **JURISDICTION SERVED:** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 35 days from the date you received the summons, not counting the date of receipt |
| **ATTORNEY(S) / SENDER(S):** | Richard J. Kozel 1200 Route 46 West Clifton, NJ 07013 973-778-9800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/03/2014, Expected Purge Date: 04/08/2014 Image SOP Email Notification, Candiss Golaszweski-CT East CLS-VerificationEast@wolterskluwer.com Email Notification, Kim Lundy Service of Process ctlawsuits@walmartlegal.com |
| **SIGNED:** | The Corporation Trust Company |
| **PER:** | Gretchen McDougal |
| **ADDRESS:** | 1209 Orange Street Wilmington, DE 19801 |
| **TELEPHONE:** | 302-658-7581 |

Page 1 of 1 / SM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUMMONS**

| | |
|---|---|
| Attorney(s) Richard I. Kozel, Esq. #027991977 | **Superior Court of** |
| Office Address 1200 Route 46 West, Suite 130 | **New Jersey** |
| Town, State, Zip Code Clifton, New Jersey 07013 | |
| | CAMDEN          ☒ COUNTY |
| Telephone Number (973) 778-9800 | LAW                        DIVISION |
| Attorney(s) for Plaintiff | Docket No: CAM-L-002935-13 |
| Future Care Consultants, L.L.C. as fiscal agent for | |
| Silver Care Center | |
| Plaintiff(s) | **CIVIL ACTION** |
| | **SUMMONS** |
| Vs. | |
| Aetna Life Insurance Company, Wal-Mart Stores, Inc. d/b/a | |
| Walmart | |
| Defendant(s) | |

From The State of New Jersey To The Defendant(s) Named Above:

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153 deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

   If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

   If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153 deptyclerklawref.pdf.

                                              s/Michelle M Smith
                                              Clerk of the Superior Court

DATED:  04/01/2014

Name of Defendant to Be Served: Wal-mart Stores, Inc. d/b/a Walmart

Address of Defendant to Be Served: Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801

Revised 09/04/2012, CN 10792-English (Appendix XII-A)

04/02/2014   12:04                                     (FAX)9737797062              P.003/047

**Appendix XII-B1**

<table>
<tr>
<td colspan="2" rowspan="2">

**CIVIL CASE INFORMATION STATEMENT (CIS)**

Use for Initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed
</td>
<td colspan="2">FOR USE BY CLERK'S OFFICE ONLY</td>
</tr>
<tr>
<td>PAYMENT TYPE: ☐ CK ☐ CG ☐ CA</td>
</tr>
</table>

| | |
|---|---|
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME<br>Richard J. Kozel, Esq. #027991977 | TELEPHONE NUMBER<br>(973) 778-9800 | COUNTY OF VENUE<br>Camden |
|---|---|---|
| FIRM NAME (if applicable) | | DOCKET NUMBER (when available)<br>CAM-L-002935-13 |
| OFFICE ADDRESS<br>1200 Route 46 West, Suite 130<br>Clifton, New Jersey 07013 | | DOCUMENT TYPE<br>Amended Complaint |
| | | JURY DEMAND ☐ Yes ☒ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>Future Care Consultants, L.L.C., as fiscal agent for Silver Care Center, Plaintiff | CAPTION<br>Future Care Consultants, L.L.C. as fiscal agent for Silver Care Center v. Aetna Life Insurance Company and Wal-mart Stores, Inc. d/b/a Walmart |
|---|---|

| CASE TYPE NUMBER<br>(See reverse side for listing)<br>502 | HURRICANE SANDY<br>RELATED?<br>☐ YES ☒ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO<br><br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ Yes ☒ No | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ Yes ☒ No | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)    ☐ NONE<br>☒ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR<br>RECURRENT RELATIONSHIP?<br>☒ Yes ☐ No | IF YES, IS THAT RELATIONSHIP?<br>☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain)<br>☐ FAMILIAL ☒ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ Yes ☒ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ Yes ☒ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES ☒ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

Effective 08-19-2013, CN 10517-English                                              page 1 of 2

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

**Track III - 450 days' discovery**
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**

| | |
|---|---|
| 266 HORMONE REPLACEMENT THERAPY (HRT) | 288 PRUDENTIAL TORT LITIGATION |
| 271 ACCUTANE/ISOTRETINOIN | 269 REGLAN |
| 274 RISPERDAL/SEROQUEL/ZYPREXA | 290 POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 278 ZOMETA/AREDIA | 291 PELVIC MESH/GYNECARE |
| 279 GADOLINIUM | 292 PELVIC MESH/BARD |
| 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 293 DEPUY ASR HIP IMPLANT LITIGATION |
| 282 FOSAMAX | 295 ALLODERM REGENERATIVE TISSUE MATRIX |
| 284 NUVARING | 296 STRYKER REJUVENATE/ABG II MODULAR  HIP STEM COMPONENTS |
| 285 STRYKER TRIDENT HIP IMPLANTS | 297 MIRENA CONTRACEPTIVE DEVICE |
| 286 LEVAQUIN | 601 ASBESTOS |
| 287 YAZ/YASMIN/OCELLA | 623 PROPECIA |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ Putative Class Action      ☐ Title 59

Our File No.: 2912EW

Richard J. Kozel, Esq. #027991977
1200 Route 46 West
Clifton, New Jersey 07013
Tel. (973) 778-9800
Fax (973) 779-7062
Attorney for Plaintiff

| Plaintiff(s) | SUPERIOR COURT OF NEW JERSEY |
|---|---|
| | LAW DIVISION: CAMDEN COUNTY |
| FUTURE CARE CONSULTANTS, L.L.C. as fiscal agent for SILVER CARE CENTER | |
| -vs- | DOCKET NO.: CAM-L-002935-13 |
| | *Civil Action* |
| Defendant(s) | AMENDED COMPLAINT, CERTIFICATION and CIVIL CASE INFORMATION STATEMENT |
| AETNA LIFE INSURANCE COMPANY WAL-MART STORES, INC. d/b/a WALMART | |

Plaintiff, Future Care Consultants, L.L.C. being located at 170 53rd Street in Brooklyn,

New York by way of Amended Complaint states:

### FIRST COUNT

1.   At all times hereinafter mentioned plaintiff is the duly designated fiscal agent for the

Silver Care Center and is located at 170 53rd Street in Brooklyn, New York.

2.   At all times hereinafter mentioned the Silver Care Center is a duly licensed health

care facility of the State of New Jersey and is located at 1417 Brace Road in the Township of

Cherry Hill, County of Camden, and State of New Jersey.

3.   At all times hereinafter mentioned defendant is a duly licensed health insurance

provider authorized to do business in New Jersey and is located at 151 Farmington Avenue in

Hartford, Connecticut 06101.

4.   On March 27, 2013 Eulata Walis was employed by Walmart and insured by the

defendant under membership i.d. number: W195745366 and employer account number:

04/02/2014   12:04                              (FAX)9737797062            P.006/047

895530-10-101.

5.  The Silver Care Center was an authorized provider of services for the defendant and had access to the policy registration list maintained by the defendant.

6.  As required by the terms of the policy, plaintiff obtained three (3) separate authorizations from defendant dated March 26, 2013, April 2, 2013 and April 10, 2013 pre-authorizing twenty one (21) days of inpatient skilled nursing care for Eulata Walls.  Copies of these authorizations are attached hereto as Exhibit "A".

7.  The Silver Care Center relied on these authorizations to accept Eulata Walls as a patient commencing March 27, 2013.

8.  At the specific instance and request of Eulata Walls, the Silver Care Center duly rendered all necessary and required medical care and treatment to her which was accepted without protest.

9.  Thereafter, plaintiff duly submitted its bills for the necessary and pre-authorized medical care and treatment of Eulata Walls to the defendant.

10. Defendant then advised plaintiff that after all treatment was received and completed, that Walmart had cancelled the underlying policy and retroactively disenrolled Eulata Walls.

11. Despite having pre-authorized twenty one (21) days of skilled nursing care and treatment which was duly provided by the Silver Care Center, defendant is now failed and refused to pay plaintiff's bill for the necessary medical services rendered.

12. Plaintiff is now owed the sum of $16,000.00 for the pre-authorized and necessary medical care and treatment rendered to Eulata Walls.  A copy of the billing invoice is attached hereto as Exhibit "B".

13. Defendant is not entitled to any further credits or set offs as against the amount due plaintiff.

14. Plaintiff has demanded that defendant pay to it the sum of $16,000.00 but, to date,

defendant has failed and refused to do so.

WHEREFORE, plaintiff demands judgment against the defendant for:

A.   $16,000.00 together with lawful interest.

B.   Costs of suit and filing fees.

C.   Such other and further relief as may be just.

### SECOND COUNT

1.   Plaintiff repeats and re-alleges the allegations contained in the First Count of this Amended Complaint as though set forth in full hereunder.

2.   At all times hereinafter mentioned Wal-Mart Stores, Inc., d/b/a Walmart is authorized to do business in the State of New Jersey.

3.   At all times hereinafter mentioned defendant, Wal-Mart Stores, Inc., d/b/a Walmart, employed Eulata Walls and made its health benefits plan available to her under membership id number W195745366 and employee account number 895530-10-101.

4.   The Silver Care Center obtained pre-authorization for treatment for Eulata Walls in accordance with the allegations contained in the First Count of this Amended Complaint.

5.   At no time was plaintiff ever informed by either defendant that Walmart maintained a self funded health insurance plan.  All authorizations for treatment and all payments were provided directly from defendant, Aetna Life Insurance Company, to the Silver Care Center.

6.   The Silver Care Center relied upon the pre-authorized approvals issued by defendant, Aetna Life Insurance Company to rendered all necessary and required medical care and treatment to Eulata Walls, which was accepted without protest.

7.   The Silver Care Center was thereafter advised that Eulata Walls was retroactively dis-enrolled from coverage and that a refund of all payments was to be taken back.

8.   The Silver Care Center was a third party beneficiary of the coverage issued to Eulata Walls and was entitled to fully rely upon the pre-authorization letters issued.  Defendant, Wal-Mart Stores, Inc., d/b/a Walmart, knew or should have known that the Silver Care Center was

relying on the issued pre-authorizations for treatment to its detriment.

9.  By the time the Silver Care Center was advised of the dis-enrollment, all necessary medical care and treatment had been rendered to Eulata Walls in accordance with the pre-authorizations.

10. The Silver Care Center is now due the sum of $16,000.00 for the necessary care and treatment rendered to Eulata Walls.

11. Defendants are not entitled to any further credits or set offs as against the amount due plaintiff.

12. Plaintiff has demanded that defendants pay to it the sum of $16,000.00 but, to date, defendants have failed and refused to do so.

WHEREFORE, plaintiff demands judgment against the defendants, both individually and jointly, for:

A.  $16,000.00 together with lawful interest.

B.  Costs of suit and filing fees.

C.  Such other and further relief as may be just.

Dated:  April 1, 2014

Richard J. Kozel,
Attorney for Plaintiff

1.  This matter is not the subject of any other lawsuit or arbitration proceeding, nor is one contemplated.

2.  There are no other parties to be joined in this action unless same are disclosed through subsequent discovery.

Dated:  April 1, 2014

Richard J. Kozel,
Attorney for Plaintiff

## CERTIFICATION PURSUANT TO RULE 1:38-7(b)

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

Dated:   April 1, 2014

_____

Richard J. Kozel,
Attorney for Plaintiff

# EXHIBIT "A"

(FAX)9737797062                    P.011/047

04/02/2014   12:05

Wells, Eulata (72765)   Medicare   Document 6 Page 1 of 1   Scan: 06/20/2013   Print: 07/12/2013   CHAVY K  SILVER   Printed from MedFORCE Scan

**aetna**
Aetna Life Insurance Company
P.O. Box 220
Blue Bell, PA 19422

*0086560JIVGXTRF*016469*

ATTENTION TO: UR DEPARTMENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

03/26/2013

| | |
|---|---|
| Member Name: | EULATA WALLS |
| Admission Date: | |
| Date of Birth: | 06/14/1959 |
| Reference Number: | 1396-6367-0000-0000 |
| | |
| Employer Name: | WALMART |
| Employer Account Number: | 895530-10-101 |

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
03/26/2013-03/26/2013    A0428 AMBULANCE SERVICE, BASIC LIFE SUPPORT, NON-EMERGENCY TRANSPORT, (BLS)
1 Time(s)
Coverage for this service has been approved subject to the requirements in this letter.

**Coverage Decision For:**
03/26/2013-04/01/2013    7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approvals:**
The next review date for this confinement will be 04/02/2013.

**Summary of Covered Hospital Days:**
Admission Date:
| | |
|---|---|
| Previous Days Covered: | 0 |
| Additional Days Covered: | 7 |
| Total Days Covered: | 7 |

**Summary of Covered Services:**
| | |
|---|---|
| Previous Services Covered: | 0 |
| Total Services Covered: | 1 |

SILVER CARE CENTER, BLBNAA595162
Page 1 of 2

aetna

1425 Union Meeting Road
P.O. Box 1125
Blue Bell, PA 19422

*****AUTO**35CH 3-DIGIT DAD
PH43 1 AT D-384                    11
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL, NJ 08034-3524

03/28/2013

Member Name:          BULATA WALLS
Admission Date:       03/27/2013
Date of Birth:        06/14/1959
Reference Number:     1396-6367-0000-0000

Employer Name:            WALMART
Employer Account Number:  895530-10-101

Page 1 of 1

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

Coverage Decision Form
03/27/2013-03/27/2013  A0428 AMBULANCE SERVICE, BASIC LIFE SUPPORT, NON-EMERGENCY TRANSPORT, (BLS)  1 Time(s)

Coverage for this service has been approved subject to the requirements in this letter.

Coverage Decision Form
03/27/2013-04/02/2013  7 Day(s) Skilled Nursing

Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter. When the review of the subsequent days is completed, you will be notified of the decision.

Information About Coverage Approvals:
The next review date for this confinement will be 04/03/2013.

Summary of Covered Hospital Days:
Admission Date:          03/27/2013
Previous Days Covered:   7
Additional Days Covered: 0
Total Days Covered:      7

Summary of Covered Services:
Previous Services Covered: 1
Total Services Covered:    1

SILVER CARE CENTER, BLENAA595162
Page 1 of 2

Walls, Khalia (77265) Medicare Documents 5 Page 1 of 1 Scan: 05/15/2013 Print: 07/12/2013 CHAVY K SILVER Printed from MedFORCE Scan

04/02/2014    12:06                                        (FAX)9737797062              P.013/047

Walls, Eulata (72786)   Medicare   Document: 6 Page 1 of 1   Scan: 05/30/2013   Print: 07/12/2013   CHAVY K  SILVER   Printed from MedFORCE Scan

# aetna

Aetna Life Insurance Company
PO Box 229
Blue Bell, PA 19422

*Q9932FU1VCXTF2*01E001*

‖|||‖|||||‖|‖|‖||||||||||‖|||||||||‖||‖|||||‖‖||‖|‖||||
******************AUTO**SCH B-DIGIT 080
3949 1 AT 0.384                          80
ATTENTION TO: UR DEPARMTENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

04/02/2013

| | |
|---|---|
| Member Name: | EULATA WALLS |
| Admission Date: | 03/27/2013 |
| Date of Birth: | 06/14/1959 |
| Reference Number: | 1396-6367-0000-0000 |
| | |
| Employer Name: | WALMART |
| Employer Account Number: | 895530-10-101 |

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
04/03/2013-04/09/2013     7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approvals:**
The next review date for this confinement will be 04/10/2013.

**Summary of Covered Hospital Days:**

| | |
|---|---|
| Admission Date: | 03/27/2013 |
| Previous Days Covered: | 7 |
| Additional Days Covered: | 7 |
| Total Days Covered: | 14 |

**Summary of Covered Services:**

| | |
|---|---|
| Previous Services Covered: | 1 |
| Total Services Covered: | 1 |

SILVER CARE CENTER, BLBNAAS95162
Page 1 of 2

04/02/2014   12:06                                      (FAX)9737797062        P.014/047

## aetna

Aetna Life Insurance Company
1425 Union Meeting Road
P.O. Box 220
Blue Bell, PA 19422

*00914F\JIVCXTR8*014990*

ılı.lıllıı.ıllıllıllıllıllıllıllıllıll·lıllı
********x****AUTO**SCH B-DIGIT 080
9825 1 AT 0-384                            B9
ATTENTION TO: UR DEPARTMENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

04/10/2013

| | |
|---|---|
| Member Name: | EULATA WALLS |
| Admission Date: | 03/27/2013 |
| Date of Birth: | 06/14/1959 |
| Reference Number: | 1396-6367-0000-0000 |
| Employer Name: | WALMART |
| Employer Account Number: | 895530-10-101 |

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
04/10/2013-04/16/2013    7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approval:**
The next review date for this confinement will be 04/17/2013.

| Summary of Covered Hospital Days: | |
|---|---|
| Admission Date: | 03/27/2013 |
| Previous Days Covered: | 14 |
| Additional Days Covered: | 7 |
| Total Days Covered: | 21 |

| Summary of Covered Services: | |
|---|---|
| Previous Services Covered: | 1 |
| Total Services Covered: | 1 |

SILVER CARE CENTER, BLBNAA595162
Page 1 of 2

04/02/2014 12:06 (FAX)9737797062 P.015/047

# EXHIBIT "B"

(FAX)9737797062          P.016/047

Walls, Eulata (72765)   Medicare   Document 1 Page 1 of 1   Scan: 05/08/2013   Print 07/12/2013  CHAVY K  SILVER   Printed from MedFORCE Scan

SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL, NJ 08034352
9999999999

03681NCS00020960

0212

20-871989Z 032713 033113

WALLS, EULATA          CHERRY HILL          NJ  08034

06141959  F  032713 00  3   4      30

7D 032013 032713

WALLS, EULATA
1417 BRACE RD
CHERRY HILL, NJ 08034

80            5100

0194  SUBACUTE/LEVEL IV          850.00 032713          4250.00

0001  PAGE 1   OF 1          CREATION DATE  040413  TOTALS          4250.00          0.00

AETNA          60054                              4250.00          1386B61276

WALLS, EULATA          18  W196745366          AETNA

13966367

2859
9
2859                                        1467438259  GD26037
                                      SCHWARTZ          ANDREW

AETNA          2314000000X

Walls, Eulata (72766)   Medicare   Document: 2 Page 1 of 1   Scan: 08/13/2013   Print: 07/12/2013   CHAVY K   SILVER   Printed from MedFORCE Scan

SILVER CARE CENTER                                      03681NCS00030990                    0214
1417 BRACE ROAD                                         0003005
CHERRY HILL  NJ 080343524                               20-8719892  040113 041313
9999999999
                                   1417 BRACE RD
WALLS, EULATA                      CHERRY HILL                      NJ  08034
06141959  F  032713 00 3  4  00 02
                                              70  032013  032713

WALLS, EULATA                                 80        12:00
1417 BRACE RD
CHERRY HILL, NJ  08034

0194 SUBACUTE/LEVEL IV          850.00 040113     12    10200:00

0001 PAGE 1   OF 1         CREATION DATE  043013  TOTALS         10200:00        0:00
AETNA            60054        Y  Y               10200:00      1386861276

WALLS, EULATA        18 W196745366          AETNA

13966367

2859                                          F
2859

                                                   1467438259     1GD26037
                                              SCHWARTZ      ANDREW

AETNA                B3314000000X

(FAX)9737797062                    P.018/047

04/02/2014    12:07

Walls, Eulala (72765)   Medicare   Document 8 Page 1 of 1   Scan: 06/20/2013   Print 07/12/2013   CHAVY K  SILVER    Printed from MedFORCE Scan

**aetna**

Aetna Life Insuance Company
P.O. Box 220
Blue Bell, PA 19422

*0038'14-21VCXTRB*015468*

ATTENTION TO: UR DEPARTMENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

01/26/2013

| | |
|---|---|
| Member Name: | EULATA WALLS |
| Admission Date: | |
| Date of Birth: | 06/14/1959 |
| Reference Number: | 1396-6367-0000-0000 |
| | |
| Employer Name: | WALMART |
| Employer Account Number: | 895530-10-101 |

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
03/26/2013-03/26/2013    A0428 AMBULANCE SERVICE, BASIC LIFE SUPPORT, NON-EMERGENCY TRANSPORT, (BLS)
1 Time(s)
Coverage for this service has been approved subject to the requirements in this letter.

**Coverage Decision For:**
03/26/2013-04/01/2013    7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approvals:**
The next review date for this confinement will be 04/02/2013.

**Summary of Covered Hospital Days:**
Admission Date:

| | |
|---|---|
| Previous Days Covered: | 0 |
| Additional Days Covered: | 7 |
| Total Days Covered: | 7 |

**Summary of Covered Services:**

| | |
|---|---|
| Previous Services Covered: | 0 |
| Total Services Covered: | 1 |

SILVER CARE CENTER, BLBNAA595162
Page 1 of 2

04/02/2014   12:07                                    (FAX)9737797062              P.019/047

Walls, Eulata (72785)   Medicare   Document: 5 Page 1 of 1   Scan: 09/18/2013   Print: 07/12/2013   CHAVY K  SILVER     Printed from MedFORCE Scan

# aetna

1425 Union Meeting Road
P.O. Box 710
Blue Bell, PA 19422

*0007111VCXTRF0151F0*

SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

03/28/2013

| | |
|---|---|
| Member Name: | EULATA WALLS |
| Admission Date: | 03/27/2013 |
| Date of Birth: | 06/14/1939 |
| Reference Number: | 1396-6367-0000-0000 |

| | |
|---|---|
| Employer Name: | WALMART |
| Employer Account Number: | 895530-10-101 |

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
03/27/2013-03/27/2013   A0428 AMBULANCE SERVICE, BASIC LIFE SUPPORT, NON-EMERGENCY TRANSPORT, (BLS)
1 Time(s)
Coverage for this service has been approved subject to the requirements in this letter.

**Coverage Decision For:**
03/27/2013-04/02/2013   7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approvals:**
The next review date for this confinement will be 04/03/2013.

**Summary of Covered Hospital Days:**

| | |
|---|---|
| Admission Date: | 03/27/2013 |
| Previous Days Covered: | 7 |
| Additional Days Covered: | 0 |
| Total Days Covered: | 7 |

**Summary of Covered Services:**

| | |
|---|---|
| Previous Services Covered: | 1 |
| Total Services Covered: | 1 |

SILVER CARE CENTER, BLBNAA595162
Page 1 of 2

04/02/2014 12:07 (FAX)9737797062 P.020/047

# aetna

Aetna Life Insurance Company
1425 Union Meeting Road
P.O. Box 21D
Blue Bell, PA 19422

*00922*U1VOXTH2*F915001*

|||||||||||||||||||||||||||||||||||||||||
*A*A*********AUTO**SCH B**DIGIT D&D
B443 2 AT 0-3B4            20
ATTENTION TO: UR DEPARMTENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

04/02/2013

| | |
|---|---|
| Member Name: | EULATA WALLS |
| Admission Date: | 03/27/2013 |
| Date of Birth: | 06/14/1959 |
| Reference Number: | 1396-6367-0000-0000 |

| | |
|---|---|
| Employer Name: | WALMART |
| Employer Account Number: | 895530-10-101 |

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
04/03/2013-04/09/2013    7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter. When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approval:**
The next review date for this confinement will be 04/10/2013.

**Summary of Covered Hospital Days:**
| | |
|---|---|
| Admission Date: | 03/27/2013 |
| Previous Days Covered: | 7 |
| Additional Days Covered: | 7 |
| Total Days Covered: | 14 |

**Summary of Covered Services:**
| | |
|---|---|
| Previous Services Covered: | 1 |
| Total Services Covered: | 1 |

04/02/2014   12:08                              (FAX)9737797062          P.021/047

Walls, Eulata (72785)   Medicare   Document 7 Page 1 of 1   Scan: 05/30/2013   Print: 07/12/2013   CHAVY K  SILVER   Printed from MedFORCE Scan

# aetna

Aetna Life Insurance Company
1425 Union Meeting Road
P.O. Box 830
Blue Bell, PA 19422

*009142*JIVCIXTRS*014880*

‖ılıı‖ıı‖ıı‖ı‖‖ıı‖‖‖‖‖**AUTO**SCH B-DIGIT DBD
4823 1 AT 0-389                           B7
ATTENTION TO: UR DEPARTMENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

04/10/2013

Member Name:                EULATA WALLS
Admission Date:             03/27/2013
Date of Birth:              06/14/1959
Reference Number:           1396-6367-0000-0000

Employer Name:              WALMART
Employer Account Number:    895530-10-101

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
04/10/2013-04/16/2013   7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approvals:**
The next review date for this confinement will be 04/17/2013.

**Summary of Covered Hospital Days:**
| | |
|---|---|
| Admission Date: | 03/27/2013 |
| Previous Days Covered: | 14 |
| Additional Days Covered: | 7 |
| Total Days Covered: | 21 |

**Summary of Covered Services:**
| | |
|---|---|
| Previous Services Covered: | 1 |
| Total Services Covered: | 1 |

SILVER CARE CENTER  BLBNAA595162
Page 1 of 2

Wells, Eulata (72765)   Medicare   Document: 1 Page 1 of 1   Scan: 05/08/2013   Print: 07/12/2013   CHAVY K SILVER   Printed from MedFORCE Scan

SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL, NJ 08034-3526
9999999999

03681NC800030960                    0212
800030960
20-8719892  032713  032113

WALLS, EULATA                    1417 BRACE RD
                                 CHERRY HILL          NJ  08034

06141959  F  032713 00 3  4

                                 70  022013  032713

WALLS, EULATA                    80        5:00
1417 BRACE RD
CHERRY HILL, NJ 08034

0194  SUBACUTE/LEVEL IV        850.00  032713      5    4250 00

0001  PAGE 1   OF 1           CREATION DATE  040413  TOTALS       4250 00      0:00
AETNA              60054           Y  Y                4250 00           1386861276

WALLS, EULATA         18  196745566        AETNA

13966367

2859

2859                                                          1467638259   GD26037
                                              LAST  STEWART2       FIRST  ANDREW

AETNA              193 3140000000X

04/02/2014   12:08                    (FAX)9737797062              P.023/047

Walls, Eulata (72765)   Medicare   Document: 2 Page 1 of 1   Scan: 05/13/2013   Print: 07/12/2013   CHAVY K  SILVER   Printed from MedFORCE Scan

SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL, NJ 08034352
9999999999

WALLS, EULATA          CHERRY HILL          1417 BRACE RD          NJ 08034

06141959 F 032712 00 3  4 00 02

WALLS, EULATA
1417 BRACE RD
CHERRY HILL, NJ 08034

0194 SUBACUTE/LEVEL IV          850.00 040113      12   10200.00

0001 PAGE 1   OF 1          CREATION DATE 043013  TOTALS      10200.00        0.00

AETNA          60054                              10200.00          1386861276

WALLS, EULATA          18 W196745366          AETNA

13966367

2859

2859                                        146743B259          026037
                                        SCHWARTZ          ANDREW

AETNA          B3314000000X

(FAX)9737797062                     P.024/047

04/02/2014   12:09

Walls, Eulala (72785)   Medicare   Document: 3 Page 1 of 1   Scan: 06/18/2013   Print: 07/12/2013   CHAVY K SILVER   Printed from MedFORCE Scan

| | |
|---|---|
| SILVER CARE CENTER | 03681NC800031300 |
| 1417 BRACE ROAD | 0211 |
| CHERRY HILL  NJ 080343524 | 20-8719892 041413 041713 |
| 9999999999 | 1417 BRACE RD |
| WALLS, EULATA | CHERRY HILL | NJ | 08034 |

| 06141959 | F | 041413 | 00 | 3 | 00 | 01 |

70 041313 041413

80        300

WALLS, EULATA
1417 BRACE RD
CHERRY HILL, NJ 08034

| 0194 | SUBACUTE/LEVEL IV | 850.00 041413 | 3 | 2550 00 |

| 0001 | PAGE 1 OF 1 | CREATION DATE 043013 TOTALS | 2550 00 | 0 00 |

| AETNA | 60084 | Y N Y | 2550 00 | 1386861376 |

| WALLS, EULATA | 1B W196745366 | AETNA |

3365667

| 2859 |
| 2859 |

| | 1467438259 | GD26037 |
| SCHWARTZ | ANDREW |

| AETNA | B3314000000X |

04/02/2014   12:09                                    (FAX)9737797062              P.025/047

<div align="center">

SUMMONS

</div>

Attorney(s) Richard J. Kozel, Esq. #027991977

Office Address 1200 Route 46 West, Suite 130

Town, State, Zip Code Clifton, New Jersey 07013

Telephone Number  (973) 778-9800

Attorney(s) for Plaintiff

Future Care Consultants, L.L.C. as fiscal agent for

Silver Care Center
          Plaintiff(s)

Vs.

Aetna Life Insurance Company, Wal-Mart Stores, Inc. d/b/a

Walmart
          Defendant(s)

**Superior Court of New Jersey**

CAMDEN     ⊠ COUNTY

LAW            DIVISION

Docket No: CAM-L-002935-13

**CIVIL ACTION
SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro_se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

   If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

   If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

                                        S/ Michelle M. Smith
                                        Clerk of the Superior Court

DATED:  04/01/2014

Name of Defendant to Be Served: Wal-mart Stores, Inc. d/b/a Walmart

Address of Defendant to Be Served: The Administrative Committee - Associates' Health & Welfare Plan
                                    508 SW 18th Street, Bentonville, AR 72716-3500

Revised 09/04/2012, CN 10792-English (Appendix XII-A)

**Appendix XII-B1**

| CIVIL CASE INFORMATION STATEMENT (CIS) | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|

## CIVIL CASE INFORMATION STATEMENT
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**

| FOR USE BY CLERK'S OFFICE ONLY |
|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. |
| AMOUNT: |
| OVERPAYMENT: |
| BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Richard J. Kozel, Esq. #027991977 | (973) 778-9800 | Camden |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| | CAM-L-002935-13 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 1200 Route 46 West, Suite 130 Clifton, New Jersey 07013 | Amended Complaint |
| | JURY DEMAND  ☐ YES  ☒ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Future Care Consultants, L.L.C., as fiscal agent for Silver Care Center, Plaintiff | Future Care Consultants, L.L.C. as fiscal agent for Silver Care Center v. Aetna Life Insurance Company and Wal-mart Stores, Inc. d/b/a Walmart |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ☒ NO |
|---|---|---|
| 502 | ☐ YES  ☒ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? | IF YES, LIST DOCKET NUMBERS |
|---|---|
| ☐ YES  ☒ No | |

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) |
|---|---|
| ☐ YES  ☒ No | ☐ NONE  ☒ UNKNOWN |

| THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE. |
|---|
| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION |

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? | IF YES, IS THAT RELATIONSHIP: |
|---|---|
| ☒ YES  ☐ No | ☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain) ☐ FAMILIAL  ☒ BUSINESS |

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ☒ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| ☐ Yes  ☒ No | |
| WILL AN INTERPRETER BE NEEDED? | IF YES, FOR WHAT LANGUAGE? |
| ☐ Yes  ☒ No | |

| I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b). |
|---|

ATTORNEY SIGNATURE:

Side 2



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule 4:5-1*

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

**Track III - 450 days' discovery**
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**

| | | | |
|---|---|---|---|
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 289 | PRUDENTIAL TORT LITIGATION |
| 271 | ACCUTANE/ISOTRETINOIN | 289 | REGLAN |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 278 | ZOMETA/AREDIA | 291 | PELVIC MESH/GYNECARE |
| 279 | GADOLINIUM | 292 | PELVIC MESH/BARD |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 293 | DEPUY ASR HIP IMPLANT LITIGATION |
| 282 | FOSAMAX | 295 | ALLODERM REGENERATIVE TISSUE MATRIX |
| 284 | NUVARING | 296 | STRYKER REJUVENATE/ABG II MODULAR  HIP STEM COMPONENTS |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 297 | MIRENA CONTRACEPTIVE DEVICE |
| 288 | LEVAQUIN | 601 | ASBESTOS |
| 287 | YAZ/YASMIN/OCELLA | 623 | PROPECIA |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

**Please check off each applicable category**  ☐ Putative Class Action    ☐ Title 59

04/02/2014   12:10                          (FAX)9737797062            P.028/047

Our File No.: 2912EW

Richard J. Kozel, Esq. #027991977
1200 Route 46 West
Clifton, New Jersey 07013
Tel. (973) 778-9800
Fax (973) 779-7062
Attorney for Plaintiff

| | |
|---|---|
| Plaintiff(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: CAMDEN COUNTY |
| FUTURE CARE CONSULTANTS,<br>L.L.C. as fiscal agent for SILVER<br>CARE CENTER | |
| -vs- | DOCKET NO.: CAM-L-002935-13<br>*Civil Action* |
| Defendant(s) | AMENDED<br>COMPLAINT, CERTIFICATION and<br>CIVIL CASE INFORMATION STATEMENT |
| AETNA LIFE INSURANCE COMPANY<br>WAL-MART STORES, INC. d/b/a<br>WALMART | |

Plaintiff, Future Care Consultants, L.L.C. being located at 170 53rd Street in Brooklyn,

New York by way of Amended Complaint states:

### *FIRST COUNT*

1.   At all times hereinafter mentioned plaintiff is the duly designated fiscal agent for the

Silver Care Center and is located at 170 53rd Street in Brooklyn, New York.

2.   At all times hereinafter mentioned the Silver Care Center is a duly licensed health

care facility of the State of New Jersey and is located at 1417 Brace Road in the Township of

Cherry Hill, County of Camden, and State of New Jersey.

3.   At all times hereinafter mentioned defendant is a duly licensed health insurance

provider authorized to do business in New Jersey and is located at 151 Farmington Avenue in

Hartford, Connecticut 06101.

4.   On March 27, 2013 Eulata Walls was employed by Walmart and insured by the

defendant under membership i.d. number; W195745366 and employer account number;

895530-10-101.

5.   The Silver Care Center was an authorized provider of services for the defendant and had access to the policy registration list maintained by the defendant.

6.   As required by the terms of the policy, plaintiff obtained three (3) separate authorizations from defendant dated March 26, 2013, April 2, 2013 and April 10, 2013 pre-authorizing twenty one (21) days of inpatient skilled nursing care for Eulata Walls.  Copies of these authorizations are attached hereto as Exhibit "A".

7.   The Silver Care Center relied on these authorizations to accept Eulata Walls as a patient commencing March 27, 2013.

8.   At the specific instance and request of Eulata Walls, the Silver Care Center duly rendered all necessary and required medical care and treatment to her which was accepted without protest.

9.   Thereafter, plaintiff duly submitted its bills for the necessary and pre-authorized medical care and treatment of Eulata Walls to the defendant.

10. Defendant then advised plaintiff that after all treatment was received and completed, that Walmart had cancelled the underlying policy and retroactively disenrolled Eulata Walls.

11. Despite having pre-authorized twenty one (21) days of skilled nursing care and treatment which was duly provided by the Silver Care Center, defendant is now failed and refused to pay plaintiff's bill for the necessary medical services rendered.

12. Plaintiff is now owed the sum of $16,000.00 for the pre-authorized and necessary medical care and treatment rendered to Eulata Walls.  A copy of the billing invoice is attached hereto as Exhibit "B".

13. Defendant is not entitled to any further credits or set offs as against the amount due plaintiff.

14. Plaintiff has demanded that defendant pay to it the sum of $16,000.00 but, to date,

defendant has failed and refused to do so.

WHEREFORE, plaintiff demands judgment against the defendant for:

A.   $16,000.00 together with lawful interest.

B.   Costs of suit and filing fees.

C.   Such other and further relief as may be just.

### *SECOND COUNT*

1.   Plaintiff repeats and re-alleges the allegations contained in the First Count of this Amended Complaint as though set forth in full hereunder.

2.   At all times hereinafter mentioned Wal-Mart Stores, Inc., d/b/a Walmart is authorized to do business in the State of New Jersey.

3.   At all times hereinafter mentioned defendant, Wal-Mart Stores, Inc., d/b/a Walmart, employed Eulata Walls and made its health benefits plan available to her under membership id number W195745366 and employee account number 895530-10-101.

4.   The Silver Care Center obtained pre-authorization for treatment for Eulata Walls in accordance with the allegations contained in the First Count of this Amended Complaint.

5.   At no time was plaintiff ever informed by either defendant that Walmart maintained a self funded health insurance plan.  All authorizations for treatment and all payments were provided directly from defendant, Aetna Life Insurance Company, to the Silver Care Center.

6.   The Silver Care Center relied upon the pre-authorized approvals issued by defendant, Aetna Life Insurance Company to rendered all necessary and required medical care and treatment to Eulata Walls, which was accepted without protest.

7.   The Silver Care Center was thereafter advised that Eulata Walls was retroactively dis-enrolled from coverage and that a refund of all payments was to be taken back.

8.   The Silver Care Center was a third party beneficiary of the coverage issued to Eulata Walls and was entitled to fully rely upon the pre-authorization letters issued.  Defendant, Wal-Mart Stores, Inc., d/b/a Walmart, knew or should have known that the Silver Care Center was

relying on the issued pre-authorizations for treatment to its detriment.

9.   By the time the Silver Care Center was advised of the dis-enrollment, all necessary medical care and treatment had been rendered to Eulata Walls in accordance with the pre-authorizations.

10.  The Silver Care Center is now due the sum of $16,000.00 for the necessary care and treatment rendered to Eulata Walls.

11.  Defendants are not entitled to any further credits or set offs as against the amount due plaintiff.

12.  Plaintiff has demanded that defendants pay to it the sum of $16,000.00 but, to date, defendants have failed and refused to do so.

        WHEREFORE, plaintiff demands judgment against the defendants, both individually and jointly, for:

        A.   $16,000.00 together with lawful interest.

        B.   Costs of suit and filing fees.

        C.   Such other and further relief as may be just.

Dated:  April 1, 2014                    _____
                                         Richard J. Kozel,
                                         Attorney for Plaintiff


        1.   This matter is not the subject of any other lawsuit or arbitration proceeding, nor is one contemplated.

        2.   There are no other parties to be joined in this action unless same are disclosed through subsequent discovery.

Dated:  April 1, 2014                    _____
                                         Richard J. Kozel,
                                         Attorney for Plaintiff

**CERTIFICATION PURSUANT TO RULE 1:38-7(b)**

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

Dated:   April 1, 2014

Richard J. Kozel,
Attorney for Plaintiff

# EXHIBIT "A"

04/02/2014   12:11                                        (FAX)9737797062              P.034/047

Walls, Eulata (72785)   Medicare   Document: 8 Page 1 of 1   Scan: 08/20/2013   Print: 07/12/2013   CHAVY K  SILVER   Printed from MedFORCE Scan

# aetna

Aetna Life Insurance Company
P.O. Box 220
Blue Bell, PA 19422

*0086141FIVCKTRA*01648*

ıı|ılıılı||||ılıı|ılıılıılı|ı|ı|ıı||ılıı|ıılıı||ıı|ıılıılıı|ıı
********AUTO**SCH 3-DIGIT 080
1329 1 AT D-384
ATTENTION TO: UR DEPARTMENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

                                                                        03/26/2013

| | |
|---|---|
| Member Name: | EULATA WALLS |
| Admission Date: | |
| Date of Birth: | 06/14/1959 |
| Reference Number: | 1396-6367-0000-0000 |
| | |
| Employer Name: | WALMART |
| Employer Account Number: | 895530-10-101 |

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
03/26/2013-03/26/2013   A0428 AMBULANCE SERVICE, BASIC LIFE SUPPORT, NON-EMERGENCY TRANSPORT, (BLS)
1 Time(s)
Coverage for this service has been approved subject to the requirements in this letter.

**Coverage Decision For:**
03/26/2013-04/01/2013   7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approvals:**
The next review date for this confinement will be 04/02/2013.

**Summary of Covered Hospital Days:**
Admission Date:

| | |
|---|---|
| Previous Days Covered: | 0 |
| Additional Days Covered: | 7 |
| Total Days Covered: | 7 |

**Summary of Covered Services:**

| | |
|---|---|
| Previous Services Covered: | 0 |
| Total Services Covered: | 1 |

SILVER CARE CENTER, BLEUAA595162
Page 1 of 2

04/02/2014   12:11                              (FAX)9737797062              P.035/047

Walls, Eulata (72785)  Medicare  Document 5 Page 1 of 1  Scan: 05/13/2013  Print: 07/12/2013  CHAVY K  SILVER   Printed from MediFORCE Scan

**aetna**
Aetna Life Insurance Company
1425 Union Meeting Road
P.O. Box 210
Blue Bell, PA 19422

SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

03/28/2013

Member Name:            EULATA WALLS
Admission Date:         03/27/2013
Date of Birth:          06/14/1959
Reference Number:       1396-6367-0000-0000

Employer Name:          WALMART
Employer Account Number: 895530-10-101

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

Coverage Decision For:
03/27/2013-03/27/2013    A0428 AMBULANCE SERVICE, BASIC LIFE SUPPORT, NON-EMERGENCY TRANSPORT, (BLS)
1 Time(s)
Coverage for this service has been approved subject to the requirements in this letter.

Coverage Decision For:
03/27/2013-04/02/2013    7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

Information About Coverage Approvals:
The next review date for this confinement will be 04/03/2013.

Summary of Covered Hospital Days:
Admission Date:          03/27/2013
Previous Days Covered:   7
Additional Days Covered: 0
Total Days Covered:      7

Summary of Covered Services:
Previous Services Covered: 1
Total Services Covered:    1

SILVER CARE CENTER, BLBNAA595162
Page 1 of 2

04/02/2014   12:11                                          (FAX)9737797062          P.036/047

Walls, Eulata (72765)   Medicare   Document: 8 Page 1 of 1   Scan: 05/30/2013   Print: 07/12/2013   CHAVY K  SILVER   Printed from MedFORCE Scan

# aetna

Aetna Life Insurance Company
P.O. Box 220
Blue Bell, PA 19422

ATTENTION TO: UR DEPARMTENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

04/02/2013

Member Name:            EULATA WALLS
Admission Date:         03/27/2013
Date of Birth:          06/14/1959
Reference Number:       1396-6367-0000-0000

Employer Name:          WALMART
Employer Account Number:  895530-10-101

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

Coverage Decision For:
04/03/2013-04/09/2013   7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

Information About Coverage Approvals:
The next review date for this confinement will be 04/10/2013.

Summary of Covered Hospital Days:
Admission Date:          03/27/2013
Previous Days Covered:   7
Additional Days Covered: 7
Total Days Covered:      14

Summary of Covered Services:
Previous Services Covered:  1
Total Services Covered:     1

SILVER CARE CENTER, BLENAA595162
Page 1 of 2

04/02/2014   12:11                                           (FAX)9737797062           P.037/047

Walls, Eulata (72765) · Medicare   Document: 7 Page 1 of 1   Scan: 05/30/2013   Print: 07/12/2013   CHAVY K SILVER   Printed from MedFORCE Scan

# aetna

Aetna Life Insurance Company
1425 Union Meeting Road
P.O. Box 220
Blue Bell, PA 19422

*008142VIVOXTR2*014990*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
*******\*\*\*\*\*\*AUTO\*\*3CH 3-DIGIT 080
4825 3 A7 0.364                    39
ATTENTION TO: UR DEPARTMENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

04/10/2013

| | |
|---|---|
| Member Name: | EULATA WALLS |
| Admission Date: | 03/27/2013 |
| Date of Birth: | 06/14/1959 |
| Reference Number: | 1396-6367-0000-0000 |
| | |
| Employer Name: | WALMART |
| Employer Account Number: | 895530-10-101 |

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

Coverage Decision For:
04/10/2013-04/16/2013   7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

Information About Coverage Approvals:
The next review date for this confinement will be 04/17/2013.

Summary of Covered Hospital Days:
| | |
|---|---|
| Admission Date: | 03/27/2013 |
| Previous Days Covered: | 14 |
| Additional Days Covered: | 7 |
| Total Days Covered: | 21 |

Summary of Covered Services:
| | |
|---|---|
| Previous Services Covered: | 1 |
| Total Services Covered: | 1 |

SILVER CARE CENTER, BLENAA595162
Page 1 of 2

# EXHIBIT "B"

04/02/2014   12:12                                   (FAX)9737797062                    P.039/047

Wells, Eulate (72765)   Medicare   Document: 1 Page 1 of 1   Scan: 05/08/2013   Print: 07/12/2013   CHAVY K  SILVER   Printed from MedFORCE Scan

| | | |
|---|---|---|
| SILVER CARE CENTER | 03681NC800030960 | 0212 |
| 1417 BRACE ROAD | | |
| CHERRY HILL   NJ  083435 | 20-8719892 | 032713 | 033113 |
| 9999999999 | 1417 BRACE RD | | |
| WALLS, EULATA | CHERRY HILL | NJ | 08034 |
| 06141959 | F | 032713 | 00 | 3 | 4 | 30 | | |
| | | 70 | 032013 | 032713 | | |

WALLS, EULATA
1417 BRACE RD
CHERRY HILL, NJ 08034

| | 80 | 500 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 0194 | SUBACUTE/LEVEL IV | 850.00 | 032713 | 5 | 4250 00 |

| | | | |
|---|---|---|---|
| 0001 | PAGE 1   OF 1 | CREATION DATE 040413 | TOTALS | 4250.00 | 0.00 |
| AETNA | 60054 | Y Y Y | 4250 00 | 1386861276 |

| | | |
|---|---|---|
| WALLS, EULATA | 18 | 0196745365 | AETNA |

139663G7

| 2859 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2859 | | | | | | | |
| | | | 1467438259 | LGD26097 |
| | | | SCHWARTZ | ANDREW |

AETNA        B2314000000X

Walls, Eulata (72765)   Medicare   Document 2 Page 1 of 1   Scan: 05/13/2013   Print: 07/12/2013   CHAVY K SILVER   Printed from MedFORCE Scan

| | | | | | |
|---|---|---|---|---|---|
| SILVER CARE CENTER | | | | 03681NC800030990 | 0214 |
| 1417 BRACE ROAD | | | | 00030 | |
| CHERRY HILL   NJ 080343524 | | | | 20-8719892 040113 | 041313 |
| 9999999999 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 70 1417 BRACE RD | | |
| WALLS, EULATA | | CHERRY HILL | | NJ | 08034 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06141959 | F | 032713 00 | 2 | 4 | 00 | 02 | |

| | | | |
|---|---|---|---|
| | | 70 032013 032713 | |

WALLS, EULATA
1417 BRACE RD
CHERRY HILL, NJ 08034

| 60 | | 1200 | |
|---|---|---|---|

| 42 REV.CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV.DATE | 46 SERV.UNITS | 47 TOTAL CHARGES | 48 NONCOVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0194 | SUBACUTE/LEVEL IV | 850.00 | 040113 | 12 | 10200 00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0001 | PAGE 1   OF 1 | | CREATION DATE 043013 | TOTALS | 10200 00 | 0 00 |

| | | | | | |
|---|---|---|---|---|---|
| AETNA | | 60054 | Y Y | 10200 00 | 1386861276 |

| | | | | |
|---|---|---|---|---|
| WALLS, EULATA | | 18 | W196745366 | AETNA |

13966367

| 2859 | | | | | | | F | |
|---|---|---|---|---|---|---|---|---|
| 2859 | | | | | | | | |

| | | 1467438259 | 026037 |
|---|---|---|---|---|

SCHWARTZ   ANDREW

| | | |
|---|---|---|
| 80 REMARKS AETNA | | A33140000000X |

UB-04 CMS-1450                                   NUBC

(FAX)9737797062        P.041/047

04/02/2014   12:13

Walls, Eulata (72765)   Medicare   Document 8 Page 1 of 1   Scan: 08/20/2013   Print: 07/12/2013   CHAVY K  SILVER   Printed from MedFORCE Scan

## aetna

Aetna Life Insurance Company
P.O. Box 220
Blue Bell, PA 19422

ATTENTION TO: UR DEPARTMENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

03/26/2013

Member Name:          EULATA WALLS
Admission Date:
Date of Birth:        06/14/1959
Reference Number:     1396-6367-0000-0000

Employer Name:        WALMART
Employer Account Number:  895530-10-101

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

Coverage Decision For:
03/26/2013-03/26/2013   A0428 AMBULANCE SERVICE, BASIC LIFE SUPPORT, NON-EMERGENCY TRANSPORT, (BLS)
1 Time(s)
Coverage for this service has been approved subject to the requirements in this letter.

Coverage Decision For:
03/26/2013-04/01/2013   7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

Information About Coverage Approvals:
The next review date for this confinement will be 04/02/2013.

Summary of Covered Hospital Days:
Admission Date:
Previous Days Covered:          0
Additional Days Covered:        7
Total Days Covered:             7

Summary of Covered Services:
Previous Services Covered:      0
Total Services Covered:         1

SILVER CARE CENTER, BLBNAA595162
Page 1 of 2

04/02/2014   12:13                                    (FAX)9737797062          P.042/047

Walls, Eulata (72765)  Medicare  Document: 5 Page 1 of 1  Scan: 03/19/2013  Print: 07/12/2013  CHAVY K  SILVER   Printed from MedFORCE Scan

# aetna

1425 Union Meeting Road
P.O. Box 223
Blue Bell, PA 19422

*00371113HVKKTRPD3600P

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
*****************AUTO***SCH 3-DIGIT 080
E495 1 AT 0-384                              33
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

03/28/2013

| | |
|---|---|
| Member Name: | EULATA WALLS |
| Admission Date: | 03/27/2013 |
| Date of Birth: | 06/14/1959 |
| Reference Number: | 1396-6367-0000-0000 |

| | |
|---|---|
| Employer Name: | WALMART |
| Employer Account Number: | 895530-10-101 |

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
03/27/2013-03/27/2013    A0428 AMBULANCE SERVICE, BASIC LIFE SUPPORT, NON-EMERGENCY TRANSPORT, (BLS)
1 Time(s)
Coverage for this service has been approved subject to the requirements in this letter.

**Coverage Decision For:**
03/27/2013-04/02/2013    7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter.  When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approvals:**
The next review date for this confinement will be 04/03/2013.

**Summary of Covered Hospital Days:**

| | |
|---|---|
| Admission Date: | 03/27/2013 |
| Previous Days Covered: | 7 |
| Additional Days Covered: | 0 |
| Total Days Covered: | 7 |

**Summary of Covered Services:**

| | |
|---|---|
| Previous Services Covered: | 1 |
| Total Services Covered: | 1 |

SILVER CARE CENTER, BLBNAA595162
Page 1 of 2

04/02/2014  12:13                                        (FAX)9737797062              P.043/047

Walls, Eulata (72785)  Medicare  Document: 6 Page 1 of 1  Scan: 05/30/2013  Print: 07/12/2013  CHAVY K SILVER  Printed from MedFORCE Scan

# aetna

Aetna Life Insurance Company
1425 Union Meeting Road
P.O. Box 220
Blue Bell, PA 19422

*00602F1UVOXTF2*D15001*

ATTENTION TO: UR DEPARMTENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

04/02/2013

Member Name:          EULATA WALLS
Admission Date:       03/27/2013
Date of Birth:        06/14/1959
Reference Number:     1396-6367-0000-0000

Employer Name:        WALMART
Employer Account Number:  895530-10-101

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
04/03/2013-04/09/2013    7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter. When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approvals:**
The next review date for this confinement will be 04/10/2013.

**Summary of Covered Hospital Days:**
Admission Date:        03/27/2013
Previous Days Covered:       7
Additional Days Covered:     7
Total Days Covered:         14

**Summary of Covered Services:**
Previous Services Covered:    1
Total Services Covered:       1

SILVER CARE CENTER, ELENAA395162
Page 1 of 2

04/02/2014 12:14 (FAX)9737797052 P.044/047

Walls, Eulata (72765) Medicare Document: 7 Page 1 of 1 Scan: 08/30/2013 Print: 07/12/2013 CHAVY K SILVER Printed from MedFORCE Scan

# aetna

Aetna Life Insurance Company
151 Blue Medical Road
P.O. Box 220
Blue Bell, PA 19422

*00814FJHV0XTR8F01498O*

**AUTO**SCH 3-DIGIT 080
7821 1 AT 0.389
ATTENTION TO: UR DEPARTMENT
SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 08034-3524

04/10/2013

| | |
|---|---|
| Member Name: | EULATA WALLS |
| Admission Date: | 03/27/2013 |
| Date of Birth: | 06/14/1959 |
| Reference Number: | 1396-6367-0000-0000 |

| | |
|---|---|
| Employer Name: | WALMART |
| Employer Account Number: | 895530-10-101 |

After review, Aetna has made a decision about coverage for the following health care services for the member named above.

Aetna uses nationally recognized clinical guidelines and resources, such as *Milliman Care Guidelines*, as well as Aetna Clinical Policy Bulletins (available on Aetna's website at http://www.aetna.com/cpb/cpb_menu.html), to support these coverage decisions.

**Coverage Decision For:**
04/10/2013-04/16/2013    7 Day(s) Skilled Nursing
Coverage for this service has been approved subject to the requirements in this letter.

We must be notified if the patient's hospital stay continues beyond the days reviewed on this letter. When the review of the subsequent days is completed, you will be notified of the decision.

**Information About Coverage Approvals:**
The next review date for this confinement will be 04/17/2013.

**Summary of Covered Hospital Days:**
| | |
|---|---|
| Admission Date: | 03/27/2013 |
| Previous Days Covered: | 14 |
| Additional Days Covered: | 7 |
| Total Days Covered: | 21 |

**Summary of Covered Services**
| | |
|---|---|
| Previous Services Covered: | 1 |
| Total Services Covered: | 1 |

SILVER CARE CENTER, BLBNAA595162
Page 1 of 2

(FAX)9737797062      P.045/047

04/02/2014   12:14

Walls, Eulala (72769)  Medicare  Document 1 Page 1 of 1  Scan: 05/08/2013  Print: 07/12/2013  CHAVY K  SILVER  'Printed from MedFORCE Scan'

SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL, NJ 08034352
999999999

WALLS, EULALA         CHERRY HILL

06141959  F  032713 00 3 1 4      30

WALLS, EULALA
1417 BRACE RD
CHERRY HILL, NJ 08034

0194 SUBACUTE LEVEL IV          850.00 032713       4250 00

0001 PAGE 1  OF 1        CREATION DATE 040413  TOTALS    4250 00      0 00

AETNA        60054       Y Y        4250 00          1386861276

WALLS, EULALA      18 W196745366        AETNA

13966367

2859       2859

SCHWARTZ      FIRST ANDREW

AETNA       B3314000000X

Walls, Eulata (72765) Medicare Document 2 Page 1 of 1 Scan: 05/13/2013 Print: 07/12/2013 CHAVY K SILVER Printed from MedFORCE Scan

SILVER CARE CENTER
1417 BRACE ROAD
CHERRY HILL NJ 080343524
9999999999

03681NC800030990
0214

20-8719892 040113 041313

1417 BRACE RD
WALLS, EULATA
CHERRY HILL NJ 08034

06141959 F 032713 00 3 4 00 02

70 032013 032713

WALLS, EULATA
1417 BRACE RD
CHERRY HILL, NJ 08034

80 12:00

| Rev. Cd. | Description | HCPCS / Rate / HIPPS Code | Serv. Date | Serv. Units | Total Charges | Non-Covered Charges |
|---|---|---|---|---|---|---|
| 0194 | SUBACUTE/LEVEL IV | 850.00 | 040113 | 12 | 10200.00 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE | 043013 | TOTALS | 10200.00 | 0.00 |

1386861276

AETNA 60054 Y Y 10200.00

WALLS, EULATA 18 W196745366 AETNA

13966367

2859
2859

1467438259 1GD26037
SCHWARTZ ANDREW

REMARKS AETNA
B3314000000X

04/02/2014   12:15                                (FAX)9737797062          P.047/047

Walls, Eulata (72785)   Medicare   Document: 3 Page 1 of 1   Scan: 05/13/2013   Print: 07/12/2013   CHAVY K  SILVER   Printed from MedFORCE Scan

SILVER CARE CENTER                                          103681NCS00031300                     0211
1417 BRACE ROAD
CHERRY HILL  NJ 08034352                                    20-8719892 041413 042713
9589999999                                  1417 BRACE RD
WALLS, EULATA                               CHERRY HILL                      NJ  08034
06141959 F  041413 00 3  4 00  01                   70 041413 041413

WALLS, EULATA                                    8 D        300
1417 BRACE RD
CHERRY HILL, NJ 08034

| 0194 | SUBACUTE/LEVEL IV | 850.00 | 041413 | 3 | 2550 00 | |

| 0001 | PAGE 1  OF 1 | CREATION DATE 043013 | TOTALS | 2550 00 | 0 00 |
| AETNA | 60054 | Y Y | 2550 00 | 1386861276 |

WALLS, EULATA          18 W196745366        AETNA

23865667

| 2859 |
| 2859 |                                        146743825  1GD26037
                                               SCHWARTZ   ANDREW

| AETNA | H33140000000X |